UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| St. Clair Insurance Company, | : |
|  | : |
| Plaintiff, | : |
|  | : 2:16-CV-05706 (JFB)(SIL) |
| v. | : |
|  | : **NOTICE OF DISMISSAL** |
| Louis Campisano and Atlantic ICS Corp., | : |
|  | : |
| Defendants. | : |

Plaintiff St. Clair Insurance Company, by and through its undersigned attorneys, hereby dismisses the above-referenced action, with prejudice and without costs against any party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 28, 2017

Respectfully submitted:

DUANE MORRIS LLP

By: */s/ Evangelos Michailidis*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Phone: (212) 692-1066
Fax: (212) 692-1020
Email: EMichailidis@duanemorris.com
*Attorney for Plaintiff*

SO ORDERED:

_____

Hon. Joseph F. Bianco
United States District Judge