FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 01 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

St. Clair Insurance Company,

        Plaintiff,

v.

Louis Campisano and Atlantic ICS Corp.,

        Defendants.

2:16-CV-05706 (JFB)(SIL)

**NOTICE OF DISMISSAL**

Plaintiff St. Clair Insurance Company, by and through its undersigned attorneys, hereby dismisses the above-referenced action, with prejudice and without costs against any party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 28, 2017

Respectfully submitted:

DUANE MORRIS LLP

By: */s/ Evangelos Michailidis*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Phone: (212) 692-1066
Fax: (212) 692-1020
Email: EMichailidis@duanemorris.com
*Attorney for Plaintiff*

*The Clerk of the Court shall close the case.*

SO ORDERED:

_____

Hon. Joseph F. Bianco
United States District Judge

_____
Joseph F. Bianco
USDJ
Date: March 1 2017
Central Islip, N.Y.